# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2966 ODW (FFM) | Date | November 3, 2009 |
|---|---|---|---|
| Title | RICARDO RIZO v. WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On April 28, 2009, petitioner Ricardo Rizo filed with this Court a Petition for Writ of Habeas Corpus. On August 18, 2009, this Court dismissed the petition with leave to amend and granted petitioner up to September 17, 2009 to file an amended petition. As of today's date, the Court has not received the First Amended Petition.

Petitioner is ordered to show cause within twenty (20) days of the date of this order why this action should not be dismissed for his failure to prosecute.

Failure to file a timely response to this order will be deemed consent to the dismissal of this action.

| | : |
|---|---|
| Initials of Preparer | JM |